NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>John CLEMENTE,<br><br>Debtor.<br><br>—————————————————<br><br>John CLEMENTE<br><br>Appellant,<br><br>v.<br><br>Linda CLEMENTE and ANSELL, GRIMM & AARON, P.C.,<br><br>Appellees. | Civ. No. 12-37<br><br>On Appeal From:<br><br>08-BK-10812 (MBK)<br><br>09-AP-2039 (MBK)<br><br>OPINION and ORDER |

THOMPSON, U.S.D.J.

It appearing that on March 19, 2012 this Court issued an Order to Show Cause [8]; and it further appearing that a scheduling conflict has occurred;

IT IS on this 30th day of March, 2012,

ORDERED that Appellant shall appear before the Court at 10 a.m. on April 19, 2012, and SHOW CAUSE why Appellees should not be awarded attorney's fees and costs of this appeal.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.

1