NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>John CLEMENTE,<br><br>            Debtor.<br><br>John CLEMENTE<br><br>           Appellant,<br><br>v.<br><br>Linda CLEMENTE and ANSELL, GRIMM & AARON, P.C.,<br><br>           Appellees. | Civ. No. 12-37<br><br>On Appeal From:<br><br>08-BK-10812 (MBK)<br><br>09-AP-2039 (MBK)<br><br>OPINION and ORDER |

THOMPSON, U.S.D.J.

      IT APPEARING that Appellant John Clemente appeared before the Court at a hearing on an Order to Show Cause why he should not have to pay the Appellees' attorney's fees and costs incurred on this appeal; and

      IT APPEARING that Federal Rule of Bankruptcy Procedure 8020 provides that: "If a district court . . . determines that an appeal from an order, judgment, or decree of a bankruptcy judge is frivolous, it may, after a separately filed motion or notice from the district court . . . and reasonable opportunity to respond, award just damages and single or double costs to the appellee"; and

1

IT APPEARING that Appellant did not show cause why an award of attorney's fees and costs pursuant to Federal Rule of Bankruptcy Procedure 8020 would be inappropriate in this case; and

IT APPEARING that Appellant did not argue that the amount of $6,106.87 requested by Appellees was unreasonable;

IT IS on this 7th day of May, 2012,

ORDERED that Appellant John Clemente shall pay to Appellant Ansell, Grimm & Aaron, P.C. the amount of $6,106.87, which represents attorney's fees and costs incurred while defending against this appeal.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.